UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. HEYWARD ROBBINS, </br></br>    Plaintiff-Relator, </br></br>v. </br></br>DONCASTERS, INC. </br></br>    Defendant. | Case No. CV412-225 |

## ORDER

The parties in this *Qui Tam* action have submitted an Fed. R. Civ. P. 26(f) Report in which they request a stay of discovery pending disposition of defendant Doncasters Inc.'s motion to dismiss. Doc. 20 at 5. Doncasters essentially argues that plaintiff Hewyard Robbins' fraud-based complaint is too conclusory to survive dismissal, doc. 11, and Robbins has responded with a motion for leave to amend his complaint. Doc. 16. He also went ahead and filed his amended complaint. Doc. 17. Doncasters moves to strike it, doc. 22, and Robbins says he is going to file an opposition brief. Doc. 23.

Both of those motions are before the district judge.[1]  Before the undersigned is the stay request, doc. 20 at 5, construed as a motion. Upon a limited peek, the Court finds that Doncasters' motion has some heft -- as evidently plaintiff himself recognized in consenting to the stay. Accordingly, the Court **GRANTS** the parties' joint motion to stay this case.  Doc. 20.  Should this case survive dismissal, the parties will submitted a proposed Scheduling Order within 14 days thereafter.

**SO ORDERED** this 24th day of June, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Motions to amend complaints are typically referred to magistrate judges but not if they are intertwined with the pending motion to dismiss, over which only the district judge has the authority to reach.  That is what happened here.

2